** E-filed November 29, 2011 **

**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SALVADOR QUIROZ,

          Plaintiff,

   v.

BANK OF AMERICA CORPORATION;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.; and
DOES 1-50, inclusive,

          Defendants.
_____/

No. C11-05031 HRL

**ORDER DENYING AS MOOT
DEFENDANT'S MOTION TO
DISMISS**

**[Re: Docket No. 10]**

    Plaintiff Salvador Quiroz brought suit against Bank of America Corp. and Mortgage

Electronic Registration Systems, Inc. ("Defendants") in Monterey County Superior Court, alleging

violations of the federal Truth in Lending and Real Estate Settlement Procedures Acts, as well as

various state and common law claims for fraud, unfair competition, and unfair business practices.

Dkt. No. 1; exh. A. Defendants timely removed the action to this court. Id.

    Defendants filed a Motion to Dismiss plaintiff's complaint pursuant to Fed. R. Civ. P.

12(b)(6) on October 20, 2011, setting a hearing for December 6, 2011. Dkt. No. 10. Quiroz filed a

First Amended Complaint on November 3. Dkt No. 13. A party may amend its pleading once as a

matter of course within 21 days after service of a motion under Fed. R. Civ. P. 12(b). Fed. R. Civ. P.

15(a)(1)(B). Defendants then filed a Motion to Dismiss the First Amended Complaint. Dkt. No. 17.

1   The First Amended Complaint being now the operative pleading, defendants' Motion to Dismiss the

2   original complaint is hereby DENIED as MOOT.

3       **IT IS SO ORDERED.**

4   Dated: November 29, 2011

5

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1    **C11-05031 HRL Notice will be electronically mailed to:**

2    Wendell Jamon Jones               wendell@wendelljoneslaw.com
      Arti L.  Bhimani                   Abhimani@blankrome.com
3

4    **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

3