**\*\* E-filed November 29, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SALVADOR QUIROZ,<br><br>    Plaintiff,<br>  v.<br><br>BANK OF AMERICA CORPORATION;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.; and<br>DOES 1-50, inclusive,<br><br>    Defendants.<br>_____/ | No. C11-05031 HRL<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS**<br><br>**[Re: Docket No. 10]** |

    Plaintiff Salvador Quiroz brought suit against Bank of America Corp. and Mortgage Electronic Registration Systems, Inc. ("Defendants") in Monterey County Superior Court, alleging violations of the federal Truth in Lending and Real Estate Settlement Procedures Acts, as well as various state and common law claims for fraud, unfair competition, and unfair business practices. Dkt. No. 1; exh. A. Defendants timely removed the action to this court. Id.

    Defendants filed a Motion to Dismiss plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6) on October 20, 2011, setting a hearing for December 6, 2011. Dkt. No. 10. Quiroz filed a First Amended Complaint on November 3. Dkt No. 13. A party may amend its pleading once as a matter of course within 21 days after service of a motion under Fed. R. Civ. P. 12(b). Fed. R. Civ. P. 15(a)(1)(B). Defendants then filed a Motion to Dismiss the First Amended Complaint. Dkt. No. 17.

The First Amended Complaint being now the operative pleading, defendants' Motion to Dismiss the original complaint is hereby DENIED as MOOT.

**IT IS SO ORDERED.**

Dated: November 29, 2011



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-05031 HRL** **N**otice will be electronically mailed to:

| | |
|---|---|
| Wendell Jamon Jones | wendell@wendelljoneslaw.com |
| Arti L. Bhimani | Abhimani@blankrome.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**